1 | ANDRÉ BIROTTE JR.
United States Attorney
2 | LEON W. WEIDMAN
Assistant United States Attorney
3 | Chief, Civil Division
KEITH M. STAUB
4 | Assistant United States Attorney
California Bar Number 137909
5 |      Federal Building, Suite 7516
       300 North Los Angeles Street
6 |      Los Angeles, California 90012
       Telephone: (213) 894-7423
7 |      Facsimile: (213) 894-7819
       E-mail: Keith.Staub@usdoj.gov
8 | Attorneys for Defendant
United States of America
9 |
Attorneys for Plaintiff
10 | UNITED STATES OF AMERICA

JS-6

11 |          UNITED STATES DISTRICT COURT

12 |       FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 |

14 | CHRISTOPHER ROCHLEN,
        SACV 11-1851-JGB (ANx)
No. SACV 13-0950 JGB (ANx)

15 |       Plaintiff,

16 |          v.

17 | UNITED STATES OF AMERICA,
        Hon. Jesus G. Bernal

18 |       Defendant.

19 |

20 |      (PROPOSED) ORDER ACCEPTING STIPULATION FOR COMPROMISE

21 |            SETTLEMENT AND DISMISSAL

1

The Court having read and accepted the parties Stipulation for Compromise Settlement and Dismissal, ORDERS AS FOLLOWS:

1. Plaintiff's complaint against the United States of America is dismissed with prejudice;

2. This Court will retain jurisdiction over this case for 120 days to insure compliance with the terms of the Stipulation for Compromise Settlement.

DATED: <u>March 5</u>, 2014

_____
Hon. Jesus G. Bernal
District Court Judge

2